B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Allentown Apartments, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 01-0550837 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>128 East Seventh Street<br>Plainfield, NJ                                    ZIPCODE 07060 | Street Address of Joint Debtor (No. and Street, City, and State)<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Union | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>See attached Rider 18102, See | ZIPCODE 18102 |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>__Real Estate__<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts |

| Filing Fee (Check one box) | Check one box:   **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                THIS SPACE IS FOR COURT USE ONLY
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000-5000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4.5.4-749 - 30386

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Allentown Apartments, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: Connolly Properties, Inc. | Case Number: 09-44498 (MS) | Date Filed: December 22, 2009 |
|---|---|---|
| District: District of New Jersey | Relationship: Affiliate | Judge: Morris Stern |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     Date |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4.5.4-749 - 30386

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Allentown Apartments, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  *Thomas M. Walsh*
Signature of Attorney for Debtor(s)

THOMAS M. WALSH 0645
Printed Name of Attorney for Debtor(s)

Trenk, DiPasquale, Webster, Della Fera & Sodono
Firm Name

347 Mt. Pleasant Avenue, Suite 300
Address

West Orange, NJ 07052

973-243-8600
Telephone Number

April 15, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

DAVID M. CONNOLLY
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

April 15, 2010
Date

## In re Allentown Apartments, LLC

### Rider to Chapter 11 Petition

Location of Principal Assets of Debtor:

The assets of the Debtor are the following apartment buildings:

1. Hamilton West I Apartments, 1612 Hamilton Street, Allentown, PA 18102
2. Hamilton West II Apartments, 10 South West Street, Allentown, PA 18102
3. Commodore Apartments, 5-15 North 18th Street, Allentown, PA 18102
4. Reading Road Apartments, 24 South Leh Street, Allentown, PA 18103
5. Queen Elizabeth Apartments, 856-867 North Ulster Street, Allentown, PA 18109
6. Carriage House Apartments, 12-20 E. Cumberland Street, Allentown, PA 18103
7. Park West Apartments, 2245 Livingston Street, Allentown, PA 18104
8. Sutton Place Apartments, 1015-1055 North St. Lucas Street, Allentown, PA 18104
9. Park Lane Apartments, 901 North 14th Street, Allentown, PA 18104
10. Sandy Hill Apartments, 925-945 North 12th Street, Allentown, PA 18102

# RESOLUTION OF SPECIAL MEETING OF
## BOARD OF DIRECTORS OF ALLENTOWN APARTMENTS, LLC

I hereby certify that at a special meeting of the members of Allentown Apartments, LLC, held on the 15th day of April 2010, the following resolution was proposed and unanimously adopted by all members present:

> "RESOLVED that, in view of the financial condition of Allentown Apartments, LLC, its officers be and hereby are authorized to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of the law firm Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. for the purposes of preparing, filing, and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that David Connolly is hereby authorized to execute the petition and any other pleadings or documents he and counsel deem necessary in connection with the Chapter 11 proceeding of Allentown Apartments, LLC.."

In certification hereof, I do set my hand and seal this 15th day of April 2010.

Allentown Apartments, LLC

By: _____
DAVID CONNOLLY
Manager

F:\WPDOCS\A-M\Connolly Properties\Allentown Apartments, LLC\Corporate Resolution.doc

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  Allentown Apartments, LLC ,
        Debtor

Case No.   10-

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| City of Allentown<br>435 Hamilton Street<br>Room 215<br>Allentown, PA 18101 | | | Disputed | 72,861.21 |
| PPL Electric Utilities<br>2 North 9th Street<br>Allentown, PA 18101 | | | Disputed | 33,428.72 |
| UGI Utilities, Inc.<br>225 Morgantown Road<br>Reading, PA 19611 | | | Disputed | 7,412.51 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Brach Eichler, LLC 101 Eisenhower Parkway Roseland, NJ 07068 | | | Disputed | 7,137.00 |
| Raritan Valley Disposal PO Box 9001099 Louisville, KY 40290-1787 | | | Disputed | 6,980.11 |
| Home Depot Commercial Credit PO Box 9055 Des Moines, PA 50368 | | | Disputed | 5,211.91 |
| The Home Depot Supply PO Box 509058 San Diego, CA 92150-0958 | | | Disputed | 3,980.60 |
| AW Painting & General Contractors PO Box 11253 Elkins Park, PA 19027 | | | Disputed | 3,893.00 |
| Gillmore Gillmore & Graham 225 Lenox Avenue Westfield, NJ 07090 | | | Disputed | 3,500.00 |
| Har-Pat Carpets, Inc. 45 Milton Drive Aston, PA 19014 | | | Disputed | 3,480.75 |
| Waste Management PO Box 13648 Philadelphia, PA 19101 | | | Disputed | 3,400.06 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| First Advantage Safe Rent<br>PO Box 31462<br>Tampa, FL<br>33631-3462 | | | Disputed | 2,348.31 |
| Lentz Plumbing & Heating<br>PO Box 274<br>East Hanover, NJ<br>07936 | | | Disputed | 2,209.55 |
| Network Communications Inc.<br>PO Box 402168<br>Atlanta, GA<br>30384-2168 | | | Disputed | 1,950.00 |
| Adams Plumbing<br>1673 Spring Valley Road<br>Bethlehem, PA 18015 | | | Disputed | 1,660.00 |
| Wiener and Wiener LLP<br>512 Hamilton Street<br>Allentown, PA 18101 | | | Disputed | 1,650.00 |
| McAuliffe Hauling & Recylcing Services<br>PO Box 59<br>Walnutport, PA 18088 | | | Disputed | 1,534.07 |
| Mover Pest Control<br>113 E. Reliance Road<br>Souderton, PA 18964 | | | Disputed | 1,060.00 |
| AFA Protective Systems, Inc.<br>155 Michael Drive<br>Syosset, NY 11791 | | | | 867.09 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

Meisner Electric  
958 N. Penn Street  
Allentown, PA 18102

805.00

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    April 15, 2010

Signature _____  
DAVID M. CONNOLLY,  
Manager

Adams Plumbing
1673 Spring Valley Road
Bethlehem, PA 18015


AFA Protective Systems, Inc.
155 Michael Drive
Syosset, NY 11791


Allentown Bureau of Recycling & Waste
1400 Martin Luther King Jr. Drive
Allentown, PA 18102


Appliance Replacement, Inc.
20 Twinbridge Drive
Pennsauken, NJ 08110


AW Painting & General Contractors
PO Box 11253
Elkins Park, PA 19027


Brach Eichler, LLC
101 Eisenhower Parkway
Roseland, NJ 07068


City of Allentown
435 Hamilton Street
Room 215
Allentown, PA 18101


Commonwealth of Pennsylvania
PO Box 68572
Harrisburg, PA 17106-8572


Connolly Properties, Inc.
128 East Seventh Street
Plainfield, NJ 07060

Corbett Extermination, Inc.
70 Jackson Drive
Cranford, NJ 07016


David Connolly
106 Stanie Brae Drive
Watchung, NJ 07069


District Court
930 Hamilton Street
Allentown, PA 18101


First Advantage Safe Rent
PO Box 31462
Tampa, FL 33631-3462


Gillmore Gillmore & Graham
225 Lenox Avenue
Westfield, NJ 07090


Har-Pat Carpets, Inc.
45 Milton Drive
Aston, PA 19014


Home Depot Commercial Credit
PO Box 9055
Des Moines, PA 50368


Lentz Plumbing & Heating
PO Box 274
East Hanover, NJ 07936


McAuliffe Hauling & Recylcing Services
PO Box 59
Walnutport, PA 18088


Meisner Electric
958 N. Penn Street
Allentown, PA 18102

Mover Pest Control
113 E. Reliance Road
Souderton, PA 18964


Network Communications Inc.
PO Box 402168
Atlanta, GA 30384-2168


Pennsylvania Dept. of Labor
   & Industry
PO Box 68572
Harrisburg, PA 17106-8572


PPL Electric Utilities
2 North 9th Street
Allentown, PA 18101


Raritan Valley Disposal
PO Box 9001099
Louisville, KY 40290-1787


Roto Rooter Sewer & Drain Service
PO Box 21261
Lehigh Valley, PA 18002-1261


Sovereign Bank
Attn. Sharil A. Clarke, Esq.,
       VP and Sr. Counsel
619 Alexander Road
Princeton, NJ 08540



The Home Depot Supply
PO Box 509058
San Diego, CA 92150-0958

```
UGI Utilities, Inc.
225 Morgantown Road
Reading, PA 19611


Verizon
PO Box 28000
Lehigh Valley, PA 18002-8000


Waste Management
PO Box 13648
Philadelphia, PA 19101


Wiener and Wiener LLP
512 Hamilton Street
Allentown, PA 18101
```